AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_Newark_ District of _New Jersey_

| United States of America | ) |
|---|---|
| v. | ) |
| TARRICK SPANN | ) Case No: 2:05 CR-642-JLL-02 |
|  | ) USM No: 26734-050 |
| Date of Previous Judgment: JAN. 23, 2006 | ) CHESTER KELLER, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **63 MONTHS** months **is reduced to** **51 MONTHS**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: **29**        Amended Offense Level: **27**
Criminal History Category: **III**     Criminal History Category: **III**
Previous Guideline Range: **120** to **135** months    Amended Guideline Range: **120** to ____ months
                                                     DUE TO STATUTORY MINIMUM
**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**   OTHERWISE (87 - 108)
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated **1-23-06** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **6-16-08**                                       _/s/_
                                                        Judge's signature

Effective Date: _____              JOSE L. LINARES, U.S.D.J.
   (if different from order date)                       Printed name and title